IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CV338 and 1:10cv80

| | |
|---|---|
| HAIBER MONTEHERMOSO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| OFFICER HUDSON; SUPERINTENDENT ) | |
| of MARION CORR. INST., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Reconsideration Regarding Order Directing Monthly Prisoner Payments (1:09cv338, Doc. No. 6 and 1:10cv80, Doc. No. 7).

By his motion, Plaintiff contends that as an indigent prisoner, he should not be required to pay any money toward his federal lawsuits. However, federal law requires that when a prisoner brings a civil action, the prisoner shall be required to pay the full amount of the filing fee. 28 U.S.C. § 1915(b)(1). The prisoner shall pay the filing fee in monthly payments as provided in the statute. Id.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration (1:09cv338, Doc. No. 6 and 1:10cv80, Doc. No. 7) is denied. The Clerk is directed to docket this Order in both of the Plaintiff's cases.

1

**SO ORDERED**.

Signed: September 9, 2011

Graham C. Mullen
United States District Judge